_Steven Wayne Feldman_
Name
_975 #2 Calle Del Cielo_

_Azusa, California 91702_

_N/A_
Prison Number

```
_____FILED        V____RECEIVED
_____ENTERED      _____SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAY  2  3  2014

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_Steven Wayne Feldman_      )
                 Plaintiff,      )
                       )
                       )
(1) vs. _(Franchise)(House Hook-up)_      )
_Verizon Wireless (Cel Phone)_      )
_Azusa, California_      )
_Metro P.C.S. Cell Phones_      )
_Telecom_      )
_Tele Communications_      )
_State of Wisconsin_      )
_(Communications)_      )
_Vista Siera Hospital (Mental Health Inc.)_      )
_Direct TV / A.T.T. / State of Texas)_      )
         Defendant(s).      )

2:14-cv-00830-GMN-CWH

_Cases have been exaulted!_

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO
### 42 U.S.C. § 1983

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, _Steven Wayne Feldman_
                                                    (Print Plaintiff's name)

who presently resides at _975 #2 Calle Del Cielo Azusa, CA 91702_, were

violated by the actions of the below named individuals which were directed against

Plaintiff at _975 #2 Calle Del Cielo Azusa, CA. 91702_ on the following dates _Rule 8(a), F.R.C.P., 5544,_
                   (institution/city where violation occurred) _Title 28 U.S.C._
_F.R.Cv.P._          _Section 1407_        _Section 1404(A), 1407, 1441(a_
_Rule 23 Violation_, _Title 28 U.S.C., Violation_ and _47 USC 553_.
    (Count I)               (Count II)              (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _VERIZON WIRELESS PHONE SERVICE_ resides at ___UNKNOWN___,
(full name of first defendant)          (address if first defendant)
and is employed as ___OWNER___ . This defendant is sued in his/her
(defendant's position and title, ~~if any~~)
___✓___individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _TAMPERING, BUGGING, INTERFERING WITH HOME PHONE SERVICE_

(FRANCHISE OUTLET)                                    1 BLOCK EAST OF HAVEN
3) Defendant _VERIZON WIRELESS CELL PHONE_ resides at _RANCHO CUCAMONGA FOOTHILL BLVD._
(full name of first defendant) ACCOUNTING,   (address if first defendant)
and is employed as _SALES REPRESENTATIVE_ . This defendant is sued in his/her
(defendant's position and title, ~~if any~~)
___✓___individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _FRAUDLENTIVE WITH L.C.D. COMPUTERIZED CONTRACT APPLICATION. FAILED TO PROVIDE ME A PLASTIC PEN/PENCEL TO SIGN MY NAME, MADE TO SIGN IT THREE TIMES TO FORMAT MY SIGNATURE RIGHT WITH MY FINGERNAIL, FAILED TO DISREGARD OTHER_

4) Defendant _METRO P.C.S. CELL PHONE_ resides at _AZUSA, CALIFORNIA_,
(full name of first defendant)          (address if first defendant)
and is employed as _SALES REPRESENTATIVE_ . This defendant is sued in his/her
(defendant's position and title, ~~if any~~)
___✓___individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _INTERFERING WITH TELEPHONE CONVERSATIONS. HAVE MULTIPLE CELL PHONES REASONING WHY IS A QUESTION, TEXTING AFTER SEPERATION OF TONY CHIPRES AND MY MOTHER SHARON LEE HODGSON. THREATS AFTER THE FACT. WITH EXISTING NEIGHBORS, FRIENDS._

5) Defendant _DIRECT T.V./AT+T._ resides at _1220 Todd Ave Azusa, California_,
(full name of first defendant)          (address if first defendant)
and is employed as _OWNER/RECENTLY SOLD TO AT&T COMMUNICATIONS_ . This defendant is sued in his/her
(defendant's position and title, ~~if any~~)
___✓___individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _REFER TO A U.P.S. DELIVERY THAT FAILED TO DELIVER MY PACKAGE FISA PERFECT UNDER THE NAME "STEVEN FEEDMANN" AND SHOULD HAVE BEEN "STEVEN INFELDMAN" EVEN AFTER CONSULTATION - BRANCH OF U.P.S. UNITED PARCEL SERVICE CINCINATTI, OHIO. I WOULD LIKE MY PACKAGE (UNITED PARCEL PACKAGE THAT IS). THE CONSULTATION WAS WITH A YOUNG LADY ON THE 1800-NUMBER._

MADISON, WISCONSIN { CITY OF MILWAUKEE *IDENTITY THEFT FILED.*
(HAS CHANGED { COUNTY OF MADISONS SHERIFFS DEPARTMENT,
HIS NAME AT { CITY OF MADISON'S POLICE DEPARTMENT
STATE (LEAST (4) TIMES) { MADISON, WISCONSIN   MENDOTA STATE
HOSPITAL

6) Defendant ~~STATE~~ OF WISCONSIN resides at 210 / WILSON STREET   MENDOTA, WIS.
WISCONSIN
(full name of first defendant) S. WALKER (address if first defendant)
OFFICER GREG
and is employed as PARESH / MATHONEY CARSON This defendant is sued in his/her   DEPUTY ANDERSEN
MRS. JACKSON
(defendant's position and title, if any) SHERIFF RECEPTIONIST   JUDGE E.

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was   JOHN HANAHAN

acting   PUBLIC DEFENDER

under color of law: 47 USC 533, TS 44, TITLE 28 U.S.C.   ASST. ATTY
HAHN +
1441, RULE 8(A), F.R.C.P, 924(W),(5), FALSE INJUNCTION,   GONZALEZ

(WHO EVER
WAS INVOLVED
7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish   IN THE
to assert jurisdiction under different or additional statutes, list them below.   FICTIONS,
MALICIOUS,

TO INVOKE A 42 U.S.C. § 1983 ON A OUT-OF-STATE   COURT CASE

CIVIL CASE IS IRRELAVANT TO NEVADA STATE LAW.   ALSO EL PASO
TEXAS COURT
ALSO WITH A 1991(A) OF THE SOCIAL SECURITY BENEFITS LAWS.   REFER TO
TELEPHONE CALL
TAPES ALSO
WITH MADISON,
WISCONSIN,
FEDERAL COURT

-------------------------------

## B. NATURE OF THE CASE

1)   Briefly state the background of your case.
   "MAIL TAMPERING"
RECONSUMPTION OF FEDERAL CIVIL COURTHOUSE
SECURITY AND PERSONAL INCLUDING THE GOVENOR'S
OFFICE OF MR. SCOTT WALKER.
   REFER TO ALL EVIDENCE   JURY MEMBERS
OF THE KOSTNER'S FEDERAL CIVIL COURT HOUSE:   OF EL PASO
DIVISION 120 So. HENRY ST. MADISON, WISCONSIN   TEXAS
ASSUMPTION OF A MIS-JUNCTION IS IRRELAVANT.   MALE
3:10-CV-00912, 3:10-CV-00927, 3:10-CV-00928,   BLACK OUTFIT
3:10-CV-00929, 3:10-CV-00930, 3:10-CV-00931,   WITH HAT
3:10-CV-00932, 3:10-CV-00933, 3:10-CV-00934,   PROVIDED N
3:10-CV-00935   ASSISTANCE.
PLEASE NOTE THAT THOSE COPIES I RECIEVED (POCKETS   DOCKET
WERE STOLEN). THERE ARE 2 OR 3 MISSING I CANNOT REMEMBER CASE NUMBER
PLEASE RETRIEVE.

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: 1991(A) § 1883, 1991,

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

"MAIL TAMPERING"

THE UNITED STATES TREASURY DEPARTMENT AND IT'S PERSONNEL.

THE JUDICIAL SYSTEM OF FALSE ACCUSATIONS IN WHICH SHOULD HAVE PROVIDED ME A PARDON AND AQUITTED ME OF ALL ALLEGATIONS IN WHICH HAD DONE SO.

I AM NOT CHANGING MY NAME TO "STEVEN WAYNE FELDMAN" OR "STEVEN FELDMAN".

I DID NOT WRITE AN "APPEAL" TO THE ALBERT ARMANDAREZ'S SR.

UNITED STATES COURT HOUSE

511-525 MAGNOFFEN AVE.

EL PASO, TEXAS 79901

OR ANY OTHER CITY COUNTY STATE, OR FEDERAL FACILITY INCLUDING U.S.P.S.

THE UNITED STATES POST OFFICE. NOTE TO THESE CASES:

3:12-CV-00309    REFER TO CASE # 2:14-CV-00764-GMN-PAL WITH ALL GATHERED EVIDENCE.

3:12-CV 00312

3:12-CV 00319

3:12-CV 00329

3:12-CV 00339

2:14-CV-00014-GMN-NJK

2:14-CV-00037-JAD-GWF

2:14-CV-00037-JAD-GWF

2:06-CV-00191-PMP-LRL

4

## COUNT III

The following civil rights has been violated: *UNAUTHORIZED CABLE SERVICE THREATENTIVE. UNDER RULE 23, F.R.CV.P., TITLE 28 U.S.C. 1332, TITLE 28 USC, 1331, OTHER DESTENCTIVE CHARGES ARE TO BE SOUGHT UPON INVESTIGATION.*

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

*"MAIL TAMPERING"*
*CONTRADICTION OF WHO OWNS WHAT AS FAR AS THE RESIDENCE OF 975th CALLE DELGELO AZUSA, CALIFORNIA 91702 AND MANAGEMENT ALSO IN ACCORDANCE TO THE ASSOCIATIVE AND OWNERS AZUSA VILLA, RANCHO VILLA.*

*UNDER 28 U.S.C. 1331 AND 1348, TITLE 28 U.S.C. SECTION 1404(2).*

*ASUMPTION OF A MIS-JUNCTION IS IRRELEVANT. BECASE OF MOTION OF WRONG JUNCTION AND REFUSED TO SUMMONS ME TO COURT WHILE INCARCERATED.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)     Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ✓ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

## COUNT II

The following civil rights has been violated: *JS 44, TITLE 28 U.S.C., SECTION 1441.*

THAT IS WHERE HE/SHE IS AT #44 #77 L.A. COUNTY SHERIFF LOS ANGELES POLICE DEPARTMENT ( ———— ) STATE OF CALIFORNIA (FLOATERS) PATROL OFFICERS.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

PROTECTING THEM BY PRECINT, DIVISONS WITH PENAL CODE OF THE FEDERAL LAW NUMERICALLY. JS. 44 — 28 USC SECTION 1441 INVOLVEMENT ON PREVIONS CIVIL CASES IN "THE STATE OF TEXAS".

MAIL TAMPERING "STATE OF WISCONSIN." NOTE TO THESE CASES;

REFER TO SEREK GUENG 16119 ARMR Rd. Silvet. REFER TO CASE #

| | |
|---|---|
| 3:10 - CV - 00178 | Cal of 2:14 - CV - 00267 - GMN - PAL |
| 3:40 - CV - 00198 | Border WITH ALL "GATHERED" EVIDENCE. |
| 3:10 - CV - 00199 | escapy... |
| 3:10 - CV - 00206 | resi Um REFER TO CASE # |
| 3:10 - CV - 00214 | Nual 2:09 - CV - 00509 - RCJ - GWF |
| 3:10 - CV - 00216 | 3:13 - CV - 08688 - MMD - WGC |
| 3:10 - CV - 00244 | 2:06 - CV - 00191 - PMP - LRL |
| 3:10 - CV - 00246 | 2:06 - CV - 00279 - RES - GWF |
| | 2:14 - CV - 00267 - GMN - PAL |

REFER TO ALL THE DEFENDANTS IN CONWAY ARKANSAS INVOLVED CONWAY POLICE DEPARTMENT AND JUDICIAL SYSTEM WITH POLICE REPORTS GIVEN TO RECEPTIONIS MARY BELL NEGLECTED By Lt. WILSON. THE SECOND ONE.

5

outline).

a)    Defendants: _REFER TO CIVIL COVER SHEET._

b)    Name of court and docket number: _REFER TO COUNT I, II, III._

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?): _CASE HAS BEEN REMANDED._

d)    Issues raised: _FICTICIOUS DICTATION,_

e)    Approximate date it was filed: _REFER TO SPREADSHEET,_

f)    Approximate date of disposition: _REFER TO DATE ON DOCKETS._

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
____ Yes  _✓_ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ☒ Yes ✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other *THE REQEST HAS BEEN REQUESTED MANY BUT NOT GRANTED AS OF YET.* If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

8

_____

_____

- - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

_28 USC § 1746, 1991, 1991(a), 1983,_
_BECAUSE OF VIOLATION OF 924 (w)(1)._
_AS SOON AS POSSIBLE PLEASE,_

_MESSY AND SLOPPY BECAUSE OF LACK_
_OF PAPER, PEN, STOLEN BREEFCASE AND_
_SHOOK-UP,_

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_STEVEN WAYNE FELDMAN_
(Name of Person who prepared or ~~helped prepare this complaint if not Plaintiff~~)

(Signature of Plaintiff)

_5/22/2014_
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)
~~THE CASES ARE BEING EXTINUAUTED,~~
_THE CASES ARE BEING EXAULTED,_

9