# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Wayne Feldmann, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Verizon Wireless Cell Phones, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:14-cv-0830-GMN-CWH <br><br> **ORDER** |

Pending before the Court is a document filed by *pro se* Plaintiff that is captioned "Cases to be Dismissed." (ECF No. 4). Because this document does not contain a cognizable request for action from this Court, and because it is not styled as a motion, it will be denied. If Plaintiff seeks action from the Court, he is instructed to file a motion clearly stating the nature of his request.

Accordingly,

**IT IS HEREBY ORDERED** that *pro se* Plaintiff's "Cases to be Dismissed" document, (ECF No. 4), is **DENIED**.

**DATED** this 13th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court