# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN WAYNE FELDMANN,

        Plaintiff,

vs.

VERIZON WIRELESS CELL PHONES, *et al.*,

        Defendants.

Case No.: 2:14-cv-00830-GMN-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN**

Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered September 21, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by October 8, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Carl W. Hoffman's Recommendation should be accepted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 6) is ACCEPTED.

**IT IS FURTHER ORDERED** that Plaintiff Steven Wayne Feldmann's case is dismissed, without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

**DATED** this __19__ day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court